## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

MICHAEL DUANE STRAIN,
     Petitioner,

vs.

JIM YON,
     Respondent.

No. 1:19-cv-90-CJW-MAR

**JUDGMENT**

_____

**THIS ACTION WAS** decided by Judge C.J. Williams and a decision has been rendered.

**THE COURT HAS ORDERED THAT** this case is dismissed without prejudice.  Judgement is entered in favor of Respondent Jim Yon against Petitioner Michael Duane Strain.

**DATED** this 27th day of August, 2019.

ROBERT L. PHELPS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

_____
By: Paul A. Coberly, Deputy Clerk